# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCISCO ENRIQUE VIDAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ERIC
JOHNSON, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83497

FILED

OCT 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR EXTRAORDINARY RELIEF

This original pro se petition for a writ of mandamus, certiorari, error and/or prohibition appears to seek a writ directing the district court to allow him to file an untimely notice of appeal from a district court order denying a postconviction petition for a writ of habeas corpus.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840,

21-28938

844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Eric Johnson, District Judge
       Francisco Enrique Vidal
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk